PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Desiree J. Jones                          Docket No. 5:16-MJ-1808-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Desiree J. Jones, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 22nd day of September, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 17, 2016, Ms. Jones submitted to a urinalysis screening which was confirmed positive for morphine, oxycodone, oxymorphone, cocaine, and marijuana by Alere Laboratories on October 24, 2016. Ms. Jones admitted to smoking marijuana and taking three pills she believed to be Percocet; however, acknowledged that she obtained them from a friend and does not know exactly what they were. Ms. Jones has been placed in the Surprise Urinalysis Program and is participating in substance abuse treatment with Port Human Services in Jacksonville, North Carolina. The government has no objection to this modification and it is noted that while the defendant has reportedly filed for a private attorney, they have yet to enter their appearance on her behalf.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pretrial supervision be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations, or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                          /s/ Kristyn Super
Robert L. Thornton                              Kristyn Super
Supervising U.S. Probation Officer           U.S. Probation Officer
                                                           200 Williamsburg Pkwy, Unit 2
                                                           Jacksonville, NC 28546-6762
                                                           Phone: 910-346-5104
                                                           Executed On: November 1, 2016

## ORDER OF THE COURT

Considered and ordered the  1st   day of   November  , 2016, and ordered filed and made part of the records in the above case.

*Kimberly A. Swank* (signature)
Kimberly A. Swank
U.S. Magistrate Judge